IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIE MUNN                                                                                           PLAINTIFF

v.                                         Case No. 4:22-cv-04120

HEMPSTEAD COUNTY                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on January 25, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4.

Judge Bryant recommends denying Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 1). Plaintiff has not objected, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Petition (ECF No. 1) is hereby **DENIED**.

**IT IS SO ORDERED**, this 3rd day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge